*ORDER:*
*Motion granted.*
*John Bryant,*
*USMJ*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| JANETTE C. GATES, | )<br>) |
| Plaintiff, | )<br>) |
| | ) Case No. 3:12-cv-00208 |
| v. | )<br>) Judge Sharp |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY– DAVIDSON COUNTY ELECTION COMMISSION, ALBERT U. TIECHE, AND LYNN GREER, JR., | )<br>) Magistrate Judge Bryant<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION TO AMEND THE SCHEDULING ORDER

Defendants Davidson County Election Commission, Albert Tieche, and Lynn Greer, Jr., move to amend the Scheduling Order entered in this case on March 13, 2012. In support of their motion Defendants state:

1. The complaint in this case was filed pro se by Plaintiff Janette Gates on January 20, 2012, in the Chancery Court for Davidson County, Tennessee, alleging violations of Title VII of the Civil Rights Act, 42 U.S.C. § 200e-3, *et seq.* and the Tennessee Human Rights Act, Tenn. Code Ann. § 4-21-301, *et seq.* The case was removed to this Court on February 24, 2012.

2. On March 13, 2012, the Court filed a scheduling order that provided for completion of discovery by July 9, 2012, and filing of dispositive motions by August 8, 2012. Trial is set for March 5, 2013, with a final pretrial conference on February 11, 2013.