ORDER:
Motion granted.
John Bryant,
USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANETTE C. GATES | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 12-cv-00208 |
| | ) |
| METROPOLITAN GOVERNMENT OF | ) |
| NASHVILLE AND DAVIDSON COUNTY- | ) JUDGE KEVIN SHARP |
| DAVIDSON COUNTY ELECTION | ) |
| COMMISSION, ALBERT U. TIECHE, and | ) |
| LYNN GREER, JR. | ) Jury Demanded |
| | ) |
| Defendants. | ) |

## DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE

Plaintiff has filed a Response to Defendants' Joint Motion to Continue the dispositive motion deadlines (Doc. 66). Defendants believe that a brief Reply to Plaintiff's Response may be necessary to clarify their requests made in the Joint Motion to Continue the dispositive motion deadlines (Doc. 65) and to respond to arguments made in Plaintiff's Response brief.

Defendants respectfully move this Court for leave to file a Joint Reply to Plaintiff's Response to Defendants' Joint Motion to Continue the dispositive motion deadlines.

Respectfully submitted,

/s/ Kara E. Shea
Kara E. Shea
Sara Anne T. Quinn
BUTLER, SNOW, O'MARA, STEVENS &
CANNADA, LLC
1200 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219
Telephone: 901-503-9100
Facsimile: 901-503-9101
Kara.shea@butlersnow.com
SaraAnne.Quinn@butlersnow.com

1