UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION

JANETTE C. GATES,                )
                                 )
        Plaintiff                )
                                 )
v.                               )     No. 3:12-0208
                                 )     Magistrate Judge Bryant
METROPOLITAN GOVERNMENT OF       )     **Jury Demand**
NASHVILLE AND DAVIDSON COUNTY,   )
*et al.*,                        )
                                 )
        Defendants               )

## O R D E R

Counsel has advised the undersigned that this case has been settled. Accordingly, the pretrial conference scheduled for September 24, 2013, and the trial scheduled for October 8, 2013, are **CANCELED**.

Counsel shall file by **September 30, 2013**, a stipulation and proposed order of dismissal.

It is so **ORDERED**.

				/s/ John S. Bryant
				JOHN S. BRYANT
				United States Magistrate Judge